IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

PAULA SPENCE, as Guardian
of the Person and Estate of
MICAH SETH DUGAL, a minor                                                         PLAINTIFF

V.                                    CASE NO. 08-CV-1074

SOUTHERN FARM BUREAU CASUALTY
INSURANCE COMPANY                                                                 DEFENDANT

## ORDER

Before the Court is a Stipulation of Dismissal with Prejudice filed by all parties. (Doc. 14). The parties have advised the Court that the matter has been resolved. The parties agree and stipulate to dismiss this action with prejudice. Accordingly, the above styled and numbered case is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 8th day of April, 2009.

                                                    /s/ Harry F. Barnes
                                                    Hon. Harry F. Barnes
                                                    United States District Judge